[No. 14948-6-II. Division Two. July 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DWAYNE JOY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-01007-4, Barbara D. Johnson, J., entered January 23, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 15313-1-II. Division Two. July 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE MAE BARRICK, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 91-1-00268-5, Wm. Thomas McPhee, J., entered September 4, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 14902-8-II. Division Two. July 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADFORD DAVID FORSTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04812-0, Karen L. Strombom, J., entered March 19, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.